

RECEIVED

DEC 2 0 2023

CLERK OF ...
SOUTHERN ...

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:23-cr-070 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BENNIE EARL BLACK, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(8) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about August 16, 2023, in the Southern District of Iowa, the defendant, BENNIE EARL BLACK, in and affecting commerce, knowingly possessed a firearm, namely: a loaded, American Tactical, Omni Hybrid rifle, with serial number NS253814. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, BENNIE EARL BLACK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jason T. Griess
Assistant United States Attorney

2