243012210186 US

RECEIVED

JUN 0 2 2024

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

TO: US District Court of the Clerk

You Are hereby notified that BENNIE Black, an Inmate in the Institutional division of the Texas Department of Criminal Justice, who is currently Confined at Hutchins Unit; request that a final disposition be made of the following 243012210186 US which is now Pending Against the inmate Bennie Black

The undersigned inmate agrees that this request Constitutes a request for the final disposition of All untried indictments, informations, or complaints pending in Your state that serve as the basis for detainer currently Pending Against the inmate. The inmate Also agrees that the request may be deemed A waiver of Extradition with respect to any charge contemplated by the request. Further, the inmate agrees that the request constitutes consent for the inmate Voluntary return to the inmate's Present Place of confinement when final disposition has been Achieved.

The inmate has requested thate the required Certificate of inmate Status and Offer of Temporary Custody be attached to request. Respectfully submitted this          day of DECEMBER, 20  24

Bennie Black
BENNIE BLACK

CC#1

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is _Bennie  Carl  Black_ my date of birth is _10-13-1984_ ,
(First)      (Middle)      (Last)

and my inmate identifying number, is _02521291_ . I am presently incarcerated in

_Hutchins  Unit_ in _Dallas_
(Corrections unit name)           (City)
_Dallas_      _Texas_      _75241_ . I declare under penalty of
(County)      (State)      (Zip Code)

perjury that the foregoing is true and correct.

Executed on the _____ day of _December_, 20_24_. _Bennie Black_ "
(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I _Bennie  Black_ 02521291 (insert offender name and TDCJ number), being presently incarcerated in _Hutchins  Unit_ (insert TDCJ unit name), in _Dallas_ _____County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _16_ day of _December_, 20_24_. _Bennie Black_ "
(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bennie Black 02521291
Hutchins Unit
1500 E Langdon Rd
Dallas, Tx 75241

RECEIVED

JAN 0 2 2024

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

NORTH TEXAS TX P&DC
DALLAS TX 750
24 DEC 2024 PM 8 L

Legal
Mail

United States District Court office Clerk
2146 27th Ave
Council Bluff, IA 51501

X-RAYED & CLEARED BY U.S.M.S. P/8/DVCE

51501-698546